UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CORNELL'S QUALITY CONSTRUCTION, INC., a Washington corporation, CORNELL PETRISOR AND RODICA PETRISOR, husband and wife,<br><br>Defendants. | No.<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>**JURY DEMAND** |

Plaintiff Developers Surety and Indemnity Company ("DSI"), by and through its undersigned attorneys, for its Complaint for Declaratory Judgment against Cornell's Quality Construction, Inc., and Cornell Petrisor and Rodica Petrisor, husband and wife, (collectively the "Cornell's"), alleges as follows:

## I. PARTIES

1.  DSI is an insurance company incorporated in Iowa and having its principal place of business in California. DSI is, therefore, a citizen of the states of Iowa and California.

2.  Upon information and belief, Cornell's Quality Construction, Inc. is a company incorporated in Washington and having its principal place of business in Washington, and is therefore a citizen of Washington. Cornell Petrisor and Rodica Petrisor are residents and

Complaint for Declaratory Judgment – 1

1516655 / 1408.0002

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

citizens of the state of Washington.

## II. JURISDICTION

1. This Court has jurisdiction by virtue of 28 U.S.C. Section 1332, as there is complete diversity of citizenship and the amount in controversy exceeds $75,000.

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1391, as Defendants are residents of this judicial district and a substantial part of the events giving rise to this action occurred in this district.

3. Pursuant to the Federal Declaratory Judgment Act, 18 U.S.C. Section 2201(a), this Court has the power to declare all rights, duties, and obligations under the relevant insurance policies, whether or not further relief is or could be sought.

## III. FACTS

### A. The Underlying Loss and Lawsuit

1. The underlying Complaint arises from the alleged injury to Eric Derovanessian, DDS.

2. The underlying Complaint names Cornell Quality Construction, Inc., a Washington corporation, Petrisor Bel-Red Property, LLC, a Washington Corporation, Cornell Petrisor and Jane Doe Petrisor, husband and wife and the marital community comprised thereof, and John Does 1-5 as Defendants.

3. Eric Derovanessian, DDS and Anahit Derovanessian, husband and wife and the marital community comprised thereof, filed suit against the Defendants on December 3, 2015 in King County Superior Court under Cause No. 15-2-29132-7 SEA (the "Underlying Lawsuit").

Complaint for Declaratory Judgment – 2

1516655 / 1408.0002

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

4. The Underlying Lawsuit alleges that Dr. Derovanessian was injured on November 13, 2014 when he tripped and fell in the basement of an office building in which he leased office space for his dental business, Northwest Institute of Cosmetic Dentistry. The office building in which Dr. Derovanessian leases space is located at 15710 NE 24th Street, Bellevue, Washington, 98008.

5. The Underlying Lawsuit alleges that Dr. Derovanessian was in the basement in order to service some of his dental equipment that is connected to an apparatus he uses in his dental office, which is located above the basement.

6. The Underlying Lawsuit alleges that "defendants" were performing unpermitted and uninspected demolition or other construction work in the basement. The Underlying Lawsuit further alleges that "Defendants" negligently unplugged a piece of Dr. Derovanessian's equipment connected to the suction apparatus in his dental office.

7. The Underlying Lawsuit alleges that Dr. Derovanessian tripped over a pile of construction debris negligently left by "Defendants" and that the debris pile was unmarked and was otherwise unsafe.

8. The Underlying Lawsuit alleges that Dr. Derovanessian sustained a "humeral avulsion fracture of his right shoulder and other injuries" as a result of his trip and fall. The Underlying Lawsuit further alleges that Dr. Derovanessian suffered serious and permanent injury as a result of his trip and fall.

9. The Underlying Lawsuit alleges that Dr. Derovanessian has suffered physical injuries, medical expenses and other out-of-pocket expenses, physical pain and suffering, mental and emotional pain and suffering, lost income and diminished earning capacity.

Complaint for Declaratory Judgment – 3

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1516655 / 1408.0002

10. The Underlying Lawsuit alleges that Anahit Derovanessian has suffered loss of consortium, love, society, affection, care, services, companionship and damage to the marital relationship.

11. The Underlying Lawsuit alleges that Defendant Petrisor Bel-Red Property, LLC owned the office building at 15710 NE 24th Street, Bellevue, Washington, in which Dr. Derovanessian leased office space.

12. The Underlying Lawsuit further alleges that Dr. Derovanessian leases his office space from Defendant Cornell Petrisor.

13. Upon information and belief, Plaintiffs previously tendered their claim to the insurer for Petrisor Bel-Red Property, LLC, but their claim was denied.

**B.   The DSI Policy**

1. DSI issued Policy No. BIS00018834-01 to "Cornell's Quality Construction, Inc." effective May 1, 2014 to May 1, 2015 (the "DSI Policy"). The DSI Policy is attached as Exhibit A and incorporated herein by reference.

2. Subject to all of its terms, conditions, limitations, and exclusions, the DSI Policy provides general liability coverage to Cornell's Quality Construction, Inc. with per occurrence limits of $1 million.

3. The DSI Policy contains the following term:

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

\*\*\*

d. An organization other than a partnership, joint venture or limited liability company, you are an

Complaint for Declaratory Judgment – 4

1516655 / 1408.0002

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

4. The DSI Policy contains the following exclusion:

**EXCLUSION OF CONSTRUCTION MANAGEMENT AND CONSULTING**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury" or "property damage" arising out of or resulting from any insured acting as or in the capacity of a "construction manager" or "construction consultant".

For purposes of this exclusion, "construction manager" or "construction consultant" means any person or entity undertaking to manage, consult on, advise on, or control construction planning, activities or work except as a "general contractor".

For purposes of this endorsement, "general contractor" means a contractor, not affiliated with the owner, having a written contract with the owner, and is required in return for monetary compensation by the owner: to supply all labor and material to complete one or more projects using its own employees, material suppliers or subcontractors; to pay for all labor, subcontractors and materials from the general contractor's own funds in the ordinary course of business in pursuit of profit; to invoice the owner to cover payouts to employees, subcontractors and suppliers as each project progresses; and to have direct written contracts or purchase orders with its subcontractors and suppliers.

5. The DSI Policy contains the following endorsement:

**CHANGES IN COMMERCIAL GENERAL LIABILITY POLICY**

This endorsement modifies insurance provided under the following:

Complaint for Declaratory Judgment – 5

1516655 / 1408.0002

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

COMMERCIAL GENERAL LIABILITY COVERAGE PART

\*\*\*

A.  **SECTION V – DEFINITIONS** is amended as follows.

\*\*\*

    3.    A new definition is added as follows:

"Affiliate" shall mean any person, any corporation or business entity which controls, is controlled by, or is under common control with, such person or entity.

6.  The DSI policy contains the following amendment:

**INSURING AGREEMENT AMENDMENT – USE OF EXTRINSIC EVIDENCE – DUTY TO DEFEND OR INDEMNIFY**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **1. a.** of **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and Paragraph **1. a.** of **SECTION I – COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY** are hereby amended to add the following:

We may look to extrinsic evidence outside of the allegations and/or facts pleaded by any claimant to determine whether we owe a duty to defend or indemnify against a "suit" seeking "bodily injury", "property damage," or "personal and advertising injury". We may rely on extrinsic evidence to deny the defense and/or indemnity of a "suit".

7.  Upon information and belief, Cornell Petrisor is the principal of, and holds all offices of, Cornell's Quality Construction, Inc., DSI's named insured.

8.  Upon information and belief, the members of Petrisor Bel-Red Property, LLC

Complaint for Declaratory Judgment – 6

1516655 / 1408.0002

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

are Cornell Petrisor and Rodica Petrisor. Petrisor Bel-Red Property, LLC is not an insured under DSI's policy.

9. Upon information and belief, the application for building permit for 15710 NE 24th Street, Bellevue, Washington, lists Cornell Petrisor as the applicant, Petrisor Bel-Red Property as the owner, and the contractor as "OWNER", with no license number provided.

10. DSI has not been provided with any written contract between Cornell's Quality Construction, Inc., and Petrisor Bel-Red Property, LLC, for the construction work that is the subject of the Underlying Lawsuit.

11. DSI has agreed to defend Cornell's Quality Construction, Inc. and Cornell Petrisor and Rodica Petrisor with respect to their roles as officers, directors, and/or shareholders of Cornell's Quality Construction, Inc., subject to a full reservation of rights. DSI has appointed independent defense counsel to defend Cornell's Quality Construction, Inc. and Cornell and Rodica Petrisor in the Underlying Lawsuit.

12. To the extent that Cornell's Quality Construction, Inc. actually performed any of the work that is the subject of the Underlying Lawsuit, coverage for the claims asserted therein is excluded by the Construction Management and Consulting exclusion set forth above.

13. Cornell's Quality Construction, Inc. fails to meet the definition of "general contractor" in the Construction Management and Consulting exclusion because: (1) DSI has not received any evidence that there was a written contract between Cornell's Quality Construction, Inc., and the owner of the building, Petrisor Bel-Red Property, LLC; and (2) Cornell's Quality Construction, Inc. is affiliated with Petrisor Bel-Red Property, LLC as that term is defined in the exclusion.

Complaint for Declaratory Judgment – 7

1516655 / 1408.0002

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

14.     Because Cornell's Quality Construction, Inc. fails to meet the definition of "general contractor" for the work at issue in the Underlying Lawsuit, any work it did perform is excluded "construction management" or "construction consulting" work.

## IV. CLAIM FOR DECLARATORY RELIEF

1.     An actual and justiciable controversy exists between DSI and Cornell's Quality Construction, Inc. and its officers, directors, and/or stockholders regarding the availability of insurance coverage under the DSI Policy.

2.     DSI seeks a declaration that the Policy excludes coverage for the claims asserted in the Underlying Lawsuit against Cornell's Quality Builders, Inc., Cornell Petrisor, and Rodica Petrisor.

3.     DSI seeks a declaration that it has no duty to further defend Cornell's Quality Builders, Inc., Cornell Petrisor, and Rodica Petrisor against the claims asserted in the Underlying Lawsuit.

4.     Pursuant to Rule 38 of the Federal Rules of Civil Procedure, DSI demand trial by jury in this action of all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Developers Surety and Indemnity Company respectfully requests that this Court adjudicate and declare the rights of the parties, and that the Court:

1.     Declare that the Policy excludes coverage for the claims asserted in the Underlying Lawsuit against Cornell's Quality Construction, Inc., Cornell Petrisor, and Rodica Petrisor;

2.     Declare that Developers Surety and Indemnity Company has no further duty to

Complaint for Declaratory Judgment – 8

1516655 / 1408.0002

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1  defend Cornell's Quality Construction, Inc., Cornell Petrisor, and Rodica Petrisor; and

2      3.    Grant such other relief as the Court may deem just and proper.

3  DATED this 12th day of January, 2016.

FORSBERG & UMLAUF, P.S.

*[signature]*

Carl E. Forsberg, WSBA #17025
Kenneth J. Cusack, WSBA #17650
FORSBERG & UMLAUF, P.S.
901 Fifth Ave., Suite 1400
Seattle, WA 98164
Phone: (206) 689-8500
Fax: (206) 689-8501
Email: cforsberg@forsberg-umlauf.com
       kcusack@forsberg-umlauf.com
Attorneys for Plaintiff

Complaint for Declaratory Judgment – 9

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1516655 / 1408.0002