1
2
3
4
5
6

RECEIVED
JAGER LAW OFFICE, PLLC

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8
9

| DEVELOPERS SURETY AND INDEMNITY COMPANY, an Iowa corporation, | No. |
|---|---|
| Plaintiff, | ACCEPTANCE OF SERVICE |
| vs. | |
| CORNELL'S QUALITY CONSTRUCTION, INC., a Washington corporation, CORNELL PETRISOR AND RODICA PETRISOR, husband and wife, | |
| Defendants. | |

I, Steven Jager, attorney for Defendants, hereby accept and acknowledge service of the Summons, Complaint, and discovery requests on behalf of Defendants that was filed with the United States District Court in the above-referenced case, and warrant that I have my clients' full authority to accept service on their behalf. Plaintiff agrees to allow Defendants 28 days from date of service to serve and file their responsive pleadings. Defendants' Answer will be due on February 10, 2016.

///

25
SJJ

///

ACCEPTANCE OF SERVICE – PAGE 1

1516483 / 1408.0002

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1  I declare under penalty of perjury under the laws of the State of Washington that the
2  foregoing is true and correct.
3  Dated this 28 day of January, 2016.

JAGER/CLARK LAW

_____
Mr. Steven Jager, WSBA #10942
600 Stewart Street, Suite 1100
Seattle, WA 98101

ACCEPTANCE OF SERVICE – PAGE 2

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1516483 / 1408.0002