FILED —— LODGED —— ENTERED —— RECEIVED

APR 04 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Developers Surety and Indemnity Company

Plaintiff(s),

v. Cornell's Quality Construction inc

Defendant(s).

Case No. 2:16-CV-00051-JCC

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Please ~~summons~~ issue summons

4/4/16
Dated

Fred Marshall
Sign or use an "s/" and your name

Signing on behalf of Forsberg and Umlauf, I am with ABC legal

Name, Address, and Phone Number of Counsel or Pro Se

**PRAECIPE**                          Page 1 of 1

(margin note: Summons issued)