1
2
3
4
5

Honorable John C. Coughenour

6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

DEVELOPERS SURETY AND INDEMNITY
COMPANY, an Iowa corporation,

No. 2:16-cv-00051-JCC

9

Plaintiff,

**DECLARATION OF KENNETH J.
CUSACK IN SUPPORT OF PLAINTIFF
DEVELOPERS SURETY AND
INDEMNITY COMPANY'S MOTION
TO VACATE STATUS CONFERENCE**

10

vs.

11
12

CORNELL'S QUALITY CONSTRUCTION,
INC., a Washington corporation, CORNELL
PETRISOR AND RODICA PETRISOR,
husband and wife,

**HEARING DATE: APRIL 15, 2016**

13
14

Defendants.

15

I, Kenneth J. Cusack, declare as follows:

16

1.      I am over the age of eighteen and am competent to make the following

17

declaration based upon my personal knowledge.  I am one of the attorneys representing Plaintiff

18

Developers Surety and Indemnity Company in this action.

19

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of

20

Service upon Rodica Petrisor of Summons in a Civil Action, Complaint for Declaratory

21

Judgment Jury Demand, dated April 5, 2016.

22

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of

23

Declaration of Kenneth J. Cusack in Support of Plaintiff Developers Surety and
Indemnity Company's Motion to Vacate Status Conference – 1
Cause No.:  2:16-cv-00051-JCC

1570494 / 1408.0002

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX

Service upon Cornell's Quality Construction, Inc. c/o Cornell Petrisor of Summons in a Civil Action, Complaint for Declaratory Judgment Jury Demand, dated April 7, 2016.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of the Declaration of Service upon Cornell Petrisor c/o Steven Jager of Summons in a Civil Action, Complaint for Declaratory Judgment Jury Demand, dated April 8, 2016.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of the Declaration of Service upon Cornell's Quality Construction, Inc. c/o Steven Jager of Summons in a Civil Action, Complaint for Declaratory Judgment Jury Demand, dated April 8, 2016.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of email correspondence to Steve Jager from Kenneth Cusack, dated January 20, 2016.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of a second email correspondence to Steve Jager from Kenneth Cusack, dated January 20, 2016.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of email correspondence to Steve Jager from Kenneth Cusack, dated March 21, 2016.

9.    Attached hereto as **Exhibit 8** is a true and correct copy of email correspondence to Linda Forman from Kenneth Cusack, dated March 22, 2016.

10.    Attached hereto as **Exhibit 9** is a true and correct copy of email correspondence to Linda Foreman from Kenneth Cusack, dated March 30, 2016.

11.    Attached hereto as **Exhibit 10** is a true and correct copy of email correspondence to Kenneth Cusack from Linda Foreman, dated March 30, 2016.

//

//

Declaration of Kenneth J. Cusack in Support of Plaintiff Developers Surety and Indemnity Company's Motion to Vacate Status Conference – 2
Cause No.:  2:16-cv-00051-JCC

1570494 / 1408.0002

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1    I declare under penalty of perjury under the laws of the State of Washington that the

2  foregoing is true and correct.

3    Signed and dated this 13th day of April, 2016 at Seattle, Washington.

4

5    _____
     Kenneth J. Cusack

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Declaration of Kenneth J. Cusack in Support of Plaintiff Developers Surety and
Indemnity Company's Motion to Vacate Status Conference – 3
Cause No.:  2:16-cv-00051-JCC

1570494 / 1408.0002

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX

Exhibit 1.

IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

**DEVELOPERS SURETY AND INDEMNITY COMPANY, AN IOWA CORPORATION**
                              Plaintiff/Petitioner

vs.

**CORNELL'S QUALITY CONSTRUCTION, INC., A WASHINGTON CORPORATION; ET AL.**
                              Defendant/Respondent

Cause No.:     **2:16-CV-00051-JCC**
Hearing Date:

DECLARATION OF SERVICE OF
SUMMONS IN A CIVIL ACTION; COMPLAINT FOR
DECLARATORY JUDGMENT JURY DEMAND

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **5th day of April, 2016** at **3:54 PM** at the address of **11626 Slater Ave Ne, Kirkland, King County, WA 98034;** this declarant served the above described documents upon **RODICA PETRISOR** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **RODICA PETRISOR, Who accepted service, with identity confirmed by verbal communication, a white female approx. 45-55 years of age, 5'4"-5'6" tall, weighing 160-180 lbs with dyed hair with an accent..**
No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$ 119.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED _____ 4/5/16 _____.

_____

**Timothy Peterson, Reg. # 9307747, King County**

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: **Forsberg & Umlauf (Seattle)**
Ref #: **1408.0002 (RODICA PETRISOR)**

Tracking #: **0011150589**



Exhibit 2.

IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **DEVELOPERS SURETY AND INDEMNITY COMPANY, AN IOWA CORPORATION**<br>Plaintiff/Petitioner<br>vs.<br>**CORNELL'S QUALITY CONSTRUCTION, INC., A WASHINGTON CORPORATION; ET AL.**<br>Defendant/Respondent | Cause No.:   **2:16-CV-00051-JCC**<br><br>Hearing Date:<br><br>DECLARATION OF NON-SERVICE OF:<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY JUDGMENT JURY DEMAND** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **CORNELL'S QUALITY CONSTRUCTION, INC. c/o CORNELL PETRISOR, REGISTERED AGENT** at the address of: **11626 SLATER AVENUE NE SUITE 9, KIRKLAND, WA 98034** and was unable to effect service for the following reasons:
**4/5/2016 3:54 PM: Per RODICA PETRISOR, SPOUSE, a white female contact approx. 45-55 years of age, 5'6" -5'8" tall, weighing 160-180 lbs with brown hair with an accent... Wife refused to give me a timeline when subject will be in " he will not accept service here or at residence".**
**4/6/2016 1:39 PM: No answer at door, no noise inside, lights on inside and no movement inside, no vehicles present.**

Service Fee Total: **$ 129.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED this 7th day of April, 2016.

_____

**Timothy Peterson, Reg. #9307747, King County**

**ORIGINAL PROOF OF NON-SERVICE**
PAGE 1 OF 1

Tracking #: 0011175435

For: Forsberg & Umlauf (Seattle)
Ref #: 1408.0002 (CORNELL'S QUALITY CONSTRUCTION, INC.)

Exhibit 3.

IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **DEVELOPERS SURETY AND INDEMNITY COMPANY, AN IOWA CORPORATION**<br>Plaintiff/Petitioner | Cause No.:   **2:16-CV-00051-JCC**<br>Hearing Date: |
| vs. | |
| **CORNELL'S QUALITY CONSTRUCTION, INC., A WASHINGTON CORPORATION; ET AL.**<br>Defendant/Respondent | **DECLARATION OF SERVICE OF**<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY JUDGMENT JURY DEMAND** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **7th day of April, 2016 at 1:51 PM** at the address of **Jager Clark, PLC, 600 STEWART ST. SUITE 1100, SEATTLE, King County, WA 98101;** this declarant served the above described documents upon **CORNELL PETRISOR c/o STEVEN J. JAGER, ATTORNEY** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Lisa Persson, LEGAL ASSISTANT , PERSON AUTHORIZED TO ACCEPT , who accepted service, with identity confirmed by verbal communication, a white female approx. 35-45 years of age, 5'4"-5'6" tall, weighing 120-140 lbs with blonde hair..**
No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$ 59.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED _____4/8/16_____.

James Bradford, Reg. # 204960, King County

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1



For: Forsberg & Umlauf (Seattle)
Ref #: 1408.0002 (CORNELLL PETRISOR)

Tracking #: 0011187536

Exhibit 4.

IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **DEVELOPERS SURETY AND INDEMNITY COMPANY, AN IOWA CORPORATION**<br>Plaintiff/Petitioner<br><br>vs.<br><br>**CORNELL'S QUALITY CONSTRUCTION, INC., A WASHINGTON CORPORATION; ET AL.**<br>Defendant/Respondent | Cause No.:   **2:16-CV-00051-JCC**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY JUDGMENT JURY DEMAND** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **7th day of April, 2016 at 1:51 PM** at the address of **Jager Clark, PLLC, 600 STEWART ST., SUITE 1100, SEATTLE, King County, WA 98101**; this declarant served the above described documents upon **CORNELL'S QUALITY CONSTRUCTION, INC. c/o STEVEN J. JAGER, ATTORNEY** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Lisa Persson, LEGAL ASSISTANT , PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by verbal communication, a white female approx. 35-45 years of age, 5'4"-5'6" tall, weighing 120-140 lbs with blonde hair..**

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: $ 59.50

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED _____4/8/16_____ .

_____

James Bradford, Reg. # 204960, King County

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: **Forsberg & Umlauf (Seattle)**
Ref #: 1408.0002 (CORNELL'S QUALITY CONSTRUCTION, INC.)

Tracking #: 0011181172



Exhibit 5.

## Kenneth Cusack

| | |
|---|---|
| **From:** | Kenneth Cusack |
| **Sent:** | Wednesday, January 20, 2016 3:05 PM |
| **To:** | 'steven@jagerlaw.com' |
| **Subject:** | DSI v. Cornell's Quality Construction et al. |

Steven:

Any word yet on whether you are authorized to accept service on behalf of Cornell's Quality Construction, Inc. and/or Petrisor and Rodica Petrisor, of DSI's Complaint for Declaratory Judgment?

**Kenneth J. Cusack | Forsberg & Umlauf, P.S.**
901 Fifth Avenue, Suite 1400 | Seattle, WA  98164
Tel: 206-689-8500 | Fax: 206-689-8501
www.forsberg-umlauf.com

--CONFIDENTIALITY NOTICE--

THIS MESSAGE AND/OR THE DOCUMENT(S) ACCOMPANYING THIS ELECTRONIC TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE, MAIL OR ELECTRONIC MAIL, AND DESTROY THIS COMMUNICATION.

Exhibit 6.

## Kenneth Cusack

**From:**          Kenneth Cusack
**Sent:**          Wednesday, January 20, 2016 4:25 PM
**To:**            'Steven J. Jager'
**Subject:**       RE: Dec action

I understood you are out through the 26th, back on the 27th. So I gave you an extra day until the 28th to confirm that you can accept service. Does that work?

**Kenneth J. Cusack | Forsberg & Umlauf, P.S.**
901 Fifth Avenue, Suite 1400 | Seattle, WA  98164
Tel: 206-689-8500 | Fax: 206-689-8501
www.forsberg-umlauf.com

--CONFIDENTIALITY NOTICE--

THIS MESSAGE AND/OR THE DOCUMENT(S) ACCOMPANYING THIS ELECTRONIC TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE, MAIL OR ELECTRONIC MAIL, AND DESTROY THIS COMMUNICATION.

**From:** Steven J. Jager [mailto:steven@jagerclark.com]
**Sent:** Wednesday, January 20, 2016 4:23 PM
**To:** Kenneth Cusack
**Subject:** Re: Dec action

26th

Sent from my iPhone

On Jan 20, 2016, at 4:19 PM, Kenneth Cusack <KCusack@forsberg-umlauf.com> wrote:

> Until the 28th? If I haven't heard by then I will go ahead and server the defendants personally.
>
> **Kenneth J. Cusack | Forsberg & Umlauf, P.S.**
> 901 Fifth Avenue, Suite 1400 | Seattle, WA  98164
> Tel: 206-689-8500 | Fax: 206-689-8501
> www.forsberg-umlauf.com
>
> --CONFIDENTIALITY NOTICE--
>
> THIS MESSAGE AND/OR THE DOCUMENT(S) ACCOMPANYING THIS ELECTRONIC TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE, MAIL OR ELECTRONIC MAIL, AND DESTROY THIS COMMUNICATION.

**From:** Steven J. Jager [mailto:steven@jagerclark.com]
**Sent:** Wednesday, January 20, 2016 4:17 PM
**To:** Kenneth Cusack
**Subject:** Dec action

I expect no problem, but will wait for the confirmation. Can you wait a few days? (I am out tomorrow through the 26th, and out of cell phone/internet range)

**Steven J. Jager,** PARTNER

**JAGER CLARK PLLC**
600 STEWART STREET, SUITE 1100, SEATTLE, WASHINGTON  98101
**MAIN** 206.441.9710  **DIRECT** 206.441.9709  **FAX** 206.441.9711
**EMAIL** steven@jagerclark.com

Please note our new firm name and email address changes above.

NOTICE:  This e-mail is for the sole use of the intended recipient(s) and contains information belonging to Jager Clark PLLC, which may be confidential and/or privileged.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this e-mail information is strictly prohibited.  If you have received this e-mail in error, please immediately notify the sender and destroy all copies of the original message.

RECEIVED

JAGER LAW OFFICE, PLLC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DEVELOPERS SURETY AND INDEMNITY
COMPANY,  an Iowa corporation,

                  Plaintiff,

    vs.

CORNELL'S QUALITY CONSTRUCTION,
INC., a Washington corporation, CORNELL
PETRISOR AND RODICA PETRISOR,
husband and wife,

                  Defendants.

No.

ACCEPTANCE OF SERVICE

I, Steven Jager, attorney for Defendants, hereby accept and acknowledge service of the

Summons, Complaint, and discovery requests on behalf of Defendants that was filed with the

United States District Court in the above-referenced case, and warrant that I have my clients'

full authority to accept service on their behalf.  Plaintiff agrees to allow Defendants 28 days

from date of service to serve and file their responsive pleadings.  Defendants' Answer will be

due on February 10, 2016.

///      25

///      SJJ

ACCEPTANCE OF SERVICE – PAGE 1

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1516483 / 1408.0002

1    I declare under penalty of perjury under the laws of the State of Washington that the

2  foregoing is true and correct.

3    Dated this 28 day of January, 2016.

JAGER/CLARK LAW

Mr. Steven Jager, WSBA #10942
600 Stewart Street, Suite 1100
Seattle, WA 98101

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1516483 / 1408.0002

Exhibit 7.

## Kenneth Cusack

| | |
|---|---|
| **From:** | Kenneth Cusack |
| **Sent:** | Monday, March 21, 2016 3:26 PM |
| **To:** | 'Steven J. Jager' |
| **Subject:** | RE: Cornell's Quality Construction |

I have not heard from her at all.

**Kenneth J. Cusack | Forsberg & Umlauf, P.S.**
901 Fifth Avenue, Suite 1400 **|** Seattle, WA  98164
Tel: 206-689-8500 **|** Fax: 206-689-8501
www.forsberg-umlauf.com

--CONFIDENTIALITY NOTICE--

THIS MESSAGE AND/OR THE DOCUMENT(S) ACCOMPANYING THIS ELECTRONIC TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE, MAIL OR ELECTRONIC MAIL, AND DESTROY THIS COMMUNICATION.

**From:** Steven J. Jager [mailto:steven@jagerclark.com]
**Sent:** Monday, March 21, 2016 3:27 PM
**To:** Kenneth Cusack
**Subject:** RE: Cornell's Quality Construction

I presume you have heard from Linda Foreman by now

**From:** Kenneth Cusack [mailto:KCusack@forsberg-umlauf.com]
**Sent:** Thursday, March 10, 2016 4:20 PM
**To:** Steven J. Jager <steven@jagerclark.com>
**Subject:** Cornell's Quality Construction

Steve:
I have not seen a Notice of Appearance in the DJ action or an Answer, which is past due.  Do you know if Cornell's has retained a coverage attorney?

**Kenneth J. Cusack | Forsberg & Umlauf, P.S.**
901 Fifth Avenue, Suite 1400 **|** Seattle, WA  98164
Tel: 206-689-8500 **|** Fax: 206-689-8501
www.forsberg-umlauf.com

--CONFIDENTIALITY NOTICE--

THIS MESSAGE AND/OR THE DOCUMENT(S) ACCOMPANYING THIS ELECTRONIC TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE, MAIL OR ELECTRONIC MAIL, AND DESTROY THIS COMMUNICATION.

Exhibit 8.

# Kenneth Cusack

**From:**      Kenneth Cusack
**Sent:**      Tuesday, March 22, 2016 11:29 AM
**To:**        'linda@lindaforeman.com'
**Subject:**   Cornell's Quality Construction

Dear Linda:

I understand from Steven Jager that you may represent Cornell's Quality Construction, Inc. regarding coverage under a Developers Surety and Indemnity Company policy for a claim against Cornell's that Steven is defending.  Could you confirm whether or not you are Cornell's coverage attorney, whether you will be entering an appearance in Developer's DJ action, and whether you will be filing an Answer on behalf of Cornell's?  Thank you in advance for your response.

**Kenneth J. Cusack | Forsberg & Umlauf, P.S.**
901 Fifth Avenue, Suite 1400 **|** Seattle, WA  98164
Tel: 206-689-8500 **|** Fax: 206-689-8501
www.forsberg-umlauf.com

--CONFIDENTIALITY NOTICE--

THIS MESSAGE AND/OR THE DOCUMENT(S) ACCOMPANYING THIS ELECTRONIC TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE, MAIL OR ELECTRONIC MAIL, AND DESTROY THIS COMMUNICATION.

Exhibit 9.

## Kenneth Cusack

| | |
|---|---|
| **From:** | Kenneth Cusack <KCusack@forsberg-umlauf.com> |
| **Sent:** | Wednesday, March 30, 2016 10:39 AM |
| **To:** | Linda Foreman |
| **Subject:** | Cornell's Quality Construction |

Linda:

Following up on our conversation last week and my VM from yesterday.  Please advise if you will be entering an appearance shortly and/or if Cornell's will be filing an Answer shortly.  Thanks.

**Kenneth J. Cusack | Forsberg & Umlauf, P.S.**
901 Fifth Avenue, Suite 1400 | Seattle, WA  98164
Tel: 206-689-8500 | Fax: 206-689-8501
www.forsberg-umlauf.com

--CONFIDENTIALITY NOTICE--

THIS MESSAGE AND/OR THE DOCUMENT(S) ACCOMPANYING THIS ELECTRONIC TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE, MAIL OR ELECTRONIC MAIL, AND DESTROY THIS COMMUNICATION.

_____ Information from ESET Smart Security, version of virus signature database 13256 (20160330)
_____

The message was checked by ESET Smart Security.

http://www.eset.com

Exhibit 10.

## Kenneth Cusack

| | |
|---|---|
| **From:** | Linda Foreman <linda@lindaforeman.com> |
| **Sent:** | Wednesday, March 30, 2016 10:41 AM |
| **To:** | Kenneth Cusack |
| **Subject:** | RE: Cornell's Quality Construction |
| **Attachments:** | Cornell's Quality Construction |

I have not received a response from my clients to that question.

Linda L. Foreman



BOWERS   FOREMAN

*A law firm championing the rights of insurance policyholders*

Linda L. Foreman, PLLC-Member

5825 60th Street SE  ~  Snohomish, WA 98290  ~  425.377.1100  ~  Linda@lindaforeman.com

Offices in King Co./Eastside and in Snohomish Co.

_____ Information from ESET Smart Security, version of virus signature database 13256 (20160330)
_____

The message was checked by ESET Smart Security.

http://www.eset.com